**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
YANILZA GONZALEZ, on behalf of herself and all other similarly situated,

                Plaintiff,

-against-                                    23 **CIVIL** 7808 (LJL)

                                                **JUDGMENT**

PACERS RUNNING, LLC,

                Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated April 8, 2024, the motion for summary judgment is GRANTED. Plaintiff's Complaint is DISMISSED without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      April 8, 2024

                                                              **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                            **BY:**        *K. Mango*

                                                                 **Deputy Clerk**